Motion GRANTED.
Initial case management
conference RESET for
1/18/13 at 3:00 p.m.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **CROWNED HEADS, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:12-cv-01062** |
| | ) | **Judge Trauger** |
| **THE NATIONAL GRANGE OF THE** | ) | **Magistrate Bryant** |
| **ORDER OF PATRONS OF HUSBANDRY,** | ) | **JURY DEMAND** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

## CONSENT MOTION TO CONTINUE
## INITIAL CASE MANAGEMENT CONFERENCE

Defendant The National Grange of the Order of Patrons of Husbandry respectfully moves the Court to continue the initial case management conference in this matter, which is currently set for December 14, 2012 at 1:30 pm (DE #4).  Counsel for plaintiff consents to this motion.

Defendant's lead counsel will be out of town from December 7, 2012 to December 17, 2012.  Counsel for defendant has consulted with counsel for plaintiff and confirmed that all parties are available for the Initial Case Management Conference on January 18, 2013.  Therefore, defendant respectfully requests this Court to reset the Initial Case Management Conference for January 18, 2013.  If this date is not convenient for the Court, then counsel will confer and propose additional dates.