IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CROWNED HEADS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:12-cv-01062 |
| | ) | Judge Trauger |
| THE NATIONAL GRANGE OF THE ORDER | ) | Magistrate Bryant |
| OF PATRONS OF HUSBANDRY, | ) | JURY DEMAND |
| | ) | |
| Defendant. | ) | |

## [PROPOSED] ORDER EXTENDING TIME WITHIN WHICH PLAINTIFF CROWNED HEADS, LLC IS ALLOWED TO OPPOSE DEFENDANT'S MOTION TO DISMISS

The Court, having considered Plaintiff's Unopposed Motion for Extension of Time for Plaintiff Crowned Heads, LLC to Oppose Defendant's Motion to Dismiss, finds that the motion is well-taken and should be granted.

Accordingly, IT IS HEREBY ORDERED and DECREED that Plaintiff's Unopposed Motion for Extension of Time for Plaintiff Crowned Heads, LLC to Oppose Defendant's Motion to Dismiss is granted, and the time within which Plaintiff shall have to oppose Defendant's Motion to Dismiss Declaratory Judgment Action Under Fed. R. Civ. P. 12(b)(1) or Under the Court's Discretion (Doc. No. 14) is hereby extended up to and including January 11, 2013.

IT IS SO ORDERED this 20th day of December, 2012.

_____
JUDGE

10387793.1