IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CROWNED HEADS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:12-1062 |
| | ) | Judge Trauger |
| THE NATIONAL GRANGE OF THE ORDER | ) | |
| OF PATRONS OF HUSBANDRY, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Given the pendency of a Motion to Dismiss in this case (Docket No. 14), it is hereby

**ORDERED** that the initial case management conference scheduled for January 18, 2013 is

**CONTINUED**, to be reset, if appropriate, following a decision on this motion.

It is so **ORDERED**.

ENTER this 11th day of January 2013.

_____
ALETA A. TRAUGER
U.S. District Judge