IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CROWNED HEADS, LLC, ) <br> ) <br> Plaintiff/Counterdefendant, ) <br> ) <br> v. ) <br> ) <br> THE NATIONAL GRANGE OF THE ORDER ) <br> OF PATRONS OF HUSBANDRY, ) <br> ) <br> Defendant/Counterclaimant. ) | No. 3:12-cv-01062 <br> Judge Trauger <br> Magistrate Bryant <br> JURY DEMAND |

## JOINT STIPULATION AND AGREED ORDER OF DISMISSAL

Plaintiff/Counter-Defendant Crowned Heads, LLC and Defendant/ Counter-Plaintiff The National Grange of the Order of Patrons of Husbandry have reached an agreement with respect to this case and stipulate to the dismissal of all claims and counterclaims in this action with prejudice.

It therefore appears to the Court, as evidenced by the signatures of counsel below, that the action has been compromised and settled, and that the claims asserted by and against all parties shall be dismissed with prejudice. The Clerk is directed to terminate the case. This Court shall retain jurisdiction to enforce the Settlement Agreement.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE

10845252.2

APPROVED FOR ENTRY:

/s/ Robb S. Harvey
Robb S. Harvey
Todd R. Hambidge
WALLER LANSDEN DORTCH & DAVIS LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Phone: (615) 244-6380
Fax: (615) 244-6804
E-mail: robb.harvey@wallerlaw.com &
        todd.hambidge@wallerlaw.com

*Counsel for Plaintiff/Counterdefendant*
*Crowned Heads, LLC*

s/ James R. Michels w/permission by RSH
James R. Michels (TN BPR No. 021604)
Melissa Hunter Smith (TN BPR No. 026387)
STITES & HARBISON, PLLC
SunTrust Plaza
401 Commerce Street, Suite 800
Nashville, TN 37219-2376
Phone: (615) 244-5200
Email: randy.michels@stites.com
Email: melissa.smith@stites.com

s/ James L. Bikoff w/permission by RSH
James L. Bikoff
David K. Heasley
SILVERBERG, GOLDMAN & BIKOFF, LLP
Georgetown Place, Suite 120
1101 30th Street, NW
Washington, D.C. 20007
Phone: (202) 944-3300
Email: jbikoff@sgbdc.com
Email: dheasley@sgbdc.com

*Attorneys for Defendant/Counterclaimant*
*The National Grange of the Order of Patrons of Husbandry*

10845252.2